# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

Haley Brandeberry

|                               |            |                                          |
|-------------------------------|------------|------------------------------------------|
|                               | Plaintiff  | Case No.: 3:20−cv−00974                  |
| v.                            |            |                                          |
|                               |            | Judge Eli J. Richardson                  |
| Wonder Porcelain Group, LLC   |            |                                          |
|                               | Defendant  | Magistrate Judge Alistair Newbern        |

## NOTICE OF SETTING OF INITIAL CASE MANAGEMENT CONFERENCE

Pursuant to Local Rule 16.01, effective August 14, 2018, notice is hereby given that the initial case management conference is scheduled before Magistrate Judge Newbern, Courtroom 774, U.S. Courthouse, 801 Broadway, Nashville, TN at 11:30 AM on 1/12/2021.

LEAD TRIAL COUNSEL FOR EACH PARTY who has been served and who has received this notice is required to attend the initial case management conference, unless otherwise ordered by the case management Judge. Appearance by counsel at the initial case management conference will not be deemed to waive any defenses to personal jurisdiction. Counsel are advised to bring their calendars with them to the conference for the purpose of scheduling future dates. Counsel for the filing party is also advised to notify the courtroom deputy for the Judge before whom the conference is scheduled, if none of the defendants has been served prior to the scheduled conference date.

Counsel for all parties must, at the initiative of plaintiff's counsel, prepare and submit a proposed case management order that encompasses the discovery plan required by Fed.R.Civ.P. 26(f), addresses any issues that can be resolved by agreement, and is otherwise in compliance with Local Rule 16.01(f). Counsel shall also ensure that the proposed initial case management order conforms to the requirements of the sample initial case management order of the assisgned district judge, available on the Court's website. In addition, the proposed case management order shall be emailed in Word format to Newbern_Chambers@tnmd.uscourts.gov within THREE (3) business days before the initial case management conference. If the proposed order CANNOT be filed and emailed on time, PLAINTIFF'S COUNSEL is responsible for contacting the Magistrate Judge's chambers to reschedule the conference. FAILURE to obtain service on all defendants should be called to the Magistrate Judge's attention. FAILURE TO FILE THE PROPOSED CASE MANAGEMENT ORDER ELECTRONICALLY WITHOUT CONTACTING THE MAGISTRATE JUDGE'S OFFICE CAN RESULT IN SANCTIONS.

Effective December 1, 2000, Fed. R. Civ. P. 26(a)(1) and April 18, 2005, Administrative Order No. 167 regarding required initial disclosures and electronic proposed orders applies.

**PURSUANT TO LOCAL RULE 16.01(e)(2), COUNSEL FOR THE PARTY FILING THIS LAWSUIT MUST SERVE A COPY OF THIS NOTICE ON THE OTHER PARTIES TO THIS LAWSUIT, ALONG WITH THE SUMMONS AND COMPLAINT OR WITH THE REQUEST FOR WAIVER OF SERVICE UNDER FED. R. CIV. P. 4(d), OR WITH THE SERVICE COPY OF THE NOTICE OF REMOVAL.**

CLERK'S OFFICE
Middle District of Tennessee