IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

HALEY BRANDEBERRY,                )
                                  )
    Plaintiff,                    )
v.                                )
                                  )   Case No: 3:20-cv-00974
WONDER PORCELAIN GROUP, LLC,      )
d/b/a AMERICAN WONDER             )   Judge Eli J. Richardson
PORCELAIN                         )   Magistrate Judge Alistair E. Newbern
                                  )
    Defendant.                    )

# ORDER

Upon consideration of the Plaintiff's motion to continue the Rule 16 conference and for good cause shown, the Court grants the Plaintiff's motion. (Doc. 8).

The Rule 16 conference in this matter will be rescheduled for ~~a date after March 1, 2021.~~ March 16, 2021, at 10:00 a.m. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate and shall file a joint proposed case management order no later than three days before the conference.

**IT IS SO ORDERED.**

_____
ALISTAIR E. NEWBERN
UNITED STATES MAGISTRATE JUDGE