UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HALEY BRANDEBERRY, | |
| Plaintiff, | Case No. 3:20-cv-00974 |
| v. | Judge Eli J. Richardson |
| | Magistrate Judge Alistair E. Newbern |
| WONDER PORCELAIN GROUP, LLC, | |
| Defendant. | |

## ORDER

Due to a conflict with the Court's schedule, the case management conference is RESET for December 13, 2021 at 1:30 p.m. (Doc. No. 13.) The conference will be held by telephone. Counsel for each party shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge