UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HALEY BRANDEBERRY,<br><br>　　Plaintiff,<br><br>v.<br><br>WONDER PORCELAIN GROUP, LLC,<br><br>　　Defendant. | Case No. 3:20-cv-00974<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

Due to a conflict with the Court's schedule, the case management conference is RESET for December 16, 2021 at 11:00 a.m. (Doc. No. 15.) The conference will be held by telephone. Counsel for each party shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALISTAIR E. NEWBERN
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge